IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ORLANDO JOHNSON, | ) | |
| | ) | Civil No. 07-56-PK |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BRIAN BELLEQUE, | ) | |
| | ) | |
| Respondent. | ) | |

MARSH, District Judge.

Petitioner's Motion to Dismiss Without Prejudice (#7) is granted.[1]

IT IS SO ORDERED.

DATED this 21 day of May, 2007.

Malcolm F. Marsh
United States District Judge

---

[1] The court will issue an Amended Judgment dismissing this action without prejudice.

1 - ORDER